_____

No. 96-2542WM
_____

United States of America,          *
                                   *
            Appellee,              *    Appeal from the United States
                                   *    District Court for the Western
      v.                           *    District of Missouri.
                                   *
Cedric L. Roulette,                *         [UNPUBLISHED]
                                   *
            Appellant.             *
_____

Submitted:  December 31, 1996

Filed:  January 8, 1997
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____


PER CURIAM.


     Cedric L. Roulette appeals the sentence imposed by the district court.  Having reviewed the record, we reject Roulette's contention that the district court improperly enhanced Roulette's sentence for possession of a firearm.  We also reject Roulette's argument that the sentence imposed was vindictive.  The district court's sentence was correct and further discussion is not warranted.  We affirm.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.